260

839 A.2d 48

IN THE MATTER OF WILLIAM J. SORIANO, AN ATTORNEY
AT LAW (ATTORNEY NO. 005611978).

January 13, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–175, concluding that **WILLIAM J. SORIANO** of **ROSELAND,** who was admitted to the bar of this State in 1975, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.15(a)(failure to safeguard escrow funds) and *RPC* 8.4(c)(misrepresentation), and good cause appearing;

It is ORDERED that **WILLIAM J. SORIANO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.